**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a IXO<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY, ET AL.,<br><br>Defendants. | ) | Case No. 1:11-cv-6696-KBF<br>1:11-cv-6701-KBF<br>1:11-cv-6704-KBF<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF NICOLE E. FEIT IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE PATENTS-IN-SUIT FOR FAILURE TO SATISFY THE DEFINITENESS AND WRITTEN DESCRIPTION REQUIREMENTS OF 35 U.S.C. § 112**

I, Nicole E. Feit, declare as follows:

1. I am a Senior Associate employed by the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for the Defendants Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC.

2. I submit this declaration in support of the Defendants' motion for partial summary judgment of invalidity of the patents-in-suit for failure to satisfy the definiteness and written description requirements of 35 U.S.C. § 112.

3. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently thereto.

4. A true and correct copy of U.S. Patent No. 7,714,747, titled "Data Compression Systems and Methods," is attached hereto as Exhibit A.

5. A true and correct copy of U.S. Patent No. 7,777,651, titled "System and Method for Data Feed Acceleration and Encryption," is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: April 4, 2012
New York, NY

Nicole E. Feit