UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :          11 Civ. 6696 (KBF)
                Plaintiff,             :          11 Civ. 6701 (KBF)
                                       :          11 Civ. 6704 (KBF)
        -v-                            :
                                       :              ORDER
MORGAN STANLEY, et al.,                :
                                       :
                Defendants.            :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :
                Plaintiff,             :          11 Civ. 6697 (KBF)
                                       :          11 Civ. 6699 (KBF)
        -v-                            :          11 Civ. 6702 (KBF)
                                       :
CME GROUP INC., et al.                 :              ORDER
                                       :
                Defendants.            :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,          :
                                       :
                Plaintiff,             :          11 Civ. 6698 (KBF)
                                       :          11 Civ. 6700 (KBF)
                                       :          11 Civ. 6703 (KBF)
        -v-                            :
                                       :              ORDER
THOMSON REUTERS, et al.                :
                                       :
                Defendants.            :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

   The Court has reviewed the parties' letters dated June 25, 2012, and June 26, 2012 and hereby ORDERS:

   1. Defendants shall review Dr. Storer's declaration in light of this Court's Markman Opinion and Order, dated June 22, 2012. (11 Civ. 6697, Dkt. No. 651.)

    Defendants shall inform the Court by July 6, 2012 if there are significant revisions that Dr. Storer can and will now make in light of that opinion. If so, defendants shall state by when those revisions will be made.

2. If defendants decline to revise Dr. Storer's declaration, the Court shall rule on plaintiff's request.

SO ORDERED:

Dated: New York, New York
       June 29, 2012

                                      KATHERINE B. FORREST
                                  United States District Judge