UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

                                                            Case No.
                                 Plaintiff,        11-cv-6701 (KBF)

                                                         11-cv-6704 (KBF)
      -against-

                                  Defendant.
------------------------------------------------------

                              NOTICE OF CHANGE OF ADDRESS

TO:      ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending           ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                              _____
                                     FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is _____

I am,

        ☐      An attorney

        ☐      A Government Agency attorney

        ☐      A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
                  FIRM ADDRESS:_____
                  FIRM TELEPHONE NUMBER:_____
                  FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:_____
                  FIRM ADDRESS:_____
                  FIRM TELEPHONE NUMBER:_____
                  FIRM FAX NUMBER:_____

        ☐      I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐      I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                              _____
                                              ATTORNEY'S SIGNATURE