USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 12 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,

                Plaintiff,

      -v-

MORGAN STANLEY, et al.,

                Defendants.
------------------------------------- X

11 Civ. 6696 (KBF)
11 Civ. 6701 (KBF)
11 Civ. 6704 (KBF)

ORDER

REALTIME DATA, LLC d/b/a IXO,

                Plaintiff,

      -v-

CME GROUP INC., et al.

                Defendants.
------------------------------------- X

11 Civ. 6697 (KBF)
11 Civ. 6699 (KBF)
11 Civ. 6702 (KBF)

ORDER

REALTIME DATA, LLC d/b/a IXO,

                Plaintiff,

      -v-

THOMSON REUTERS, et al.

                Defendants.
------------------------------------- X

11 Civ. 6698 (KBF)
11 Civ. 6700 (KBF)
11 Civ. 6703 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As set forth at the conference on July 10, 2012, the Court ORDERS as follows:

Motion to Stay

With regard to the Market Data Provider Defendants' motion to stay, a general stay is DENIED. The parties shall proceed to the end of expert discovery and briefing on summary judgment motions.

The parties should confer and plaintiff shall submit a letter to the Court no later than July 17, 2012, regarding any agreement on a stay as to certain defendants that would follow the close of expert discovery and briefing on summary judgment.

Any defendant that cannot reach agreement with plaintiff as to a stay may submit a letter requesting a stay on or after August 21, 2012.

Renewed Summary Judgment Motion:

The Court will allow the CME Defendants' renewed motion for summary judgment. The schedule for briefing on that motion shall follow the schedule for all other summary judgment motions, as set forth below.

Summary Judgment Briefing Schedule

All motions for summary judgment (including those already pending) shall be briefed on the following schedule:

```
Opening:        July 17, 2012
Oppositions:    August 7, 2012
Replies:        August 21, 2012
```

To the extent that Realtime files a consolidated brief against all (or a large number of) defendants on the issue of infringement, it may have 50 pages for its opening memorandum. To the extent that Realtime files a consolidated reply, it may have 25 pages for the reply.

The Storer Declaration:

Any revision of the Storer Declaration related to invalidity based on prior art shall be provided to plaintiff no later than July 20, 2012.

Doctrine of Equivalents/Shamos Declaration

The Court will issue a written decision on this issue. Any additional submissions on this issue--or with respect to prejudice plaintiff may have suffered regarding the timing of the invalidity contentions--shall all be filed no later than July 17, 2012, with any responses thereto filed no later than 5:00 pm on July 24, 2012.

NYSE's Response to Discovery Topic #1/RFA Issue

The Court is reviewing the relevant materials and will issue a separate order on the topic.

The Clerk of the Court is directed to terminate the motion at 11 Civ. 6698, Docket No. 374.

SO ORDERED:

Dated:   New York, New York
         July  11 , 2012

                                   _____
                                       KATHERINE B. FORREST
                                     United States District Judge