# WILMERHALE

July 17, 2012

**Nicole E. Feit**

+1 212 295 6358(t)
+1 212 230 8888(f)
nicole.feit@wilmerhale.com

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 8 2012

Re: *Realtime Data, LLC d/b/a IXO v. Morgan Stanley, et al.*,
    Case Nos. 1:11-cv-6696-KBF; 1:11-cv-6701-KBF; 1:11-cv-6704-KBF

Dear Judge Forrest:

    This letter is submitted on behalf of Credit Suisse Holdings (USA), Inc. and Credit Suisse Securities (USA), LLC (collectively, "Credit Suisse") in connection with the above-referenced matter. We will be filing today two motions for summary judgment of non-infringement and a joinder to several other motions for summary judgment of non-infringement that have or will be filed by other defendants in the above-captioned actions. Please accept this letter as an application for an order allowing Credit Suisse to file under seal its briefs, supporting declarations and exhibits attached thereto, Rule 56.1 statements, and joinder. These documents contain material (e.g., deposition testimony and reference to source code) that has been designated confidential under the Protective Order (1:11-cv-6696-KBF, No. 296).

    I am available to respond to any questions the Court may have. Thank you for your consideration.

Very truly yours,

*/s/ Nicole E. Feit*

Nicole E. Feit

cc: All counsel

Granted,

July 18, 2012

**SO ORDERED:**

_/s/ K. B. Forrest_
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington