USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 0 3 2012

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :      11 Civ. 6696 (KBF)
              Plaintiff,             :      11 Civ. 6701 (KBF)
                                     :      11 Civ. 6704 (KBF)
     -v-                             :
                                     :         ORDER
MORGAN STANLEY, et al.,              :
                                     :
              Defendants.            :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :
              Plaintiff,             :      11 Civ. 6697 (KBF)
                                     :      11 Civ. 6699 (KBF)
     -v-                             :      11 Civ. 6702 (KBF)
                                     :
CME GROUP INC., et al.               :         ORDER
                                     :
              Defendants.            :
------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,        :
                                     :
              Plaintiff,             :      11 Civ. 6698 (KBF)
                                     :      11 Civ. 6700 (KBF)
                                     :      11 Civ. 6703 (KBF)
     -v-                             :
                                     :         ORDER
THOMSON REUTERS, et al.              :
                                     :
              Defendants.            :
------------------------------------ X
```

KATHERINE B. FORREST, District Judge:

Having reviewed the in camera submission of the unredacted portions of the Caskey Memorandum, the Court agrees those portions clearly and unambiguously demonstrated that they are based on legal advice. Accordingly, it is hereby

ORDERED that the motion to compel production of the unredacted portions of the Caskey Memorandum is DENIED.


SO ORDERED:

Dated:   New York, New York
         August 3, 2012

                                    _____
                                       KATHERINE B. FORREST
                                       United States District Judge