```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 06 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,           :
                                        :    11 Civ. 6696 (KBF)
                     Plaintiff,         :    11 Civ. 6701 (KBF)
                                        :    11 Civ. 6704 (KBF)
          -v-                           :
                                        :         ORDER
MORGAN STANLEY, et al.,                 :
                                        :
                     Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,           :
                                        :
                     Plaintiff,         :    11 Civ. 6697 (KBF)
                                        :    11 Civ. 6699 (KBF)
          -v-                           :    11 Civ. 6702 (KBF)
                                        :
CME GROUP INC., et al.                  :         ORDER
                                        :
                     Defendants.        :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,           :
                                        :
                     Plaintiff,         :    11 Civ. 6698 (KBF)
                                        :    11 Civ. 6700 (KBF)
                                        :    11 Civ. 6703 (KBF)
          -v-                           :
                                        :         ORDER
THOMSON REUTERS, et al.                 :
                                        :
                     Defendants.        :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

   IT IS HEREBY ORDERED that all pretrial submissions, including the Joint Pretrial Order, are due on September 28, 2012.

   IT IS FURTHER ORDERED that the parties shall appear for a telephonic conference with the Court on August 27, 2012 at 1:00

p.m. to discuss the form of the pretrial order. Plaintiff shall set up the conference call and shall provide a dial-in number and passcode for the conference call to the Court via email.

IT IS FURTHER ORDERED that the current trial date shall remain in place; the '747 issues will not delay any aspect of this action.

SO ORDERED:

Dated:    New York, New York
          August  6 , 2012

                              _____
                                   KATHERINE B. FORREST
                                 United States District Judge