# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a IXO, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 1:11-cv-6696-KBF |
| | ) | 1:11-cv-6701-KBF |
| vs. | ) | 1:11-cv-6704-KBF |
| | ) | |
| MORGAN STANLEY, ET AL., | ) | JURY TRIAL DEMANDED |
| | ) | ECF Case |
| *Defendants.* | ) | |
| —————————————————— | ) | |
| REALTIME DATA, LLC d/b/a IXO, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 1:11-cv-6698-KBF |
| | ) | 1:11-cv-6700-KBF |
| vs. | ) | 1:11-cv-6703-KBF |
| | ) | |
| THOMSON REUTERS, ET AL., | ) | JURY TRIAL DEMANDED |
| | ) | ECF Case |
| *Defendants.* | ) | |
| —————————————————— | ) | |

**DECLARATION OF STACEY L. COHEN IN SUPPORT OF DOWNSTREAM DEFENDANTS' REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED ENCODING-DECODING CLAIMS ON THE GROUNDS THAT DOWNSTREAM DEFENDANTS DO NOT SELECT ENCODERS**

I, Stacey L. Cohen, declare as follows:

1.      I am an attorney with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and counsel to Defendants Morgan Stanley, Morgan Stanley & Co, Incorporated, Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., and J.P. Morgan Clearing Corp.

2.      I submit this declaration in support of Downstream Defendants' Reply Brief In Support Of Its Motion for Summary Judgment Of Non-Infringement Of The Asserted Encoding-Decoding Claims On The Grounds That Downstream Defendants Do Not Select Encoders.

3.      Attached hereto as sealed Exhibit A is a true and correct copy of the (excerpted) deposition testimony of Michael Ian Shamos, taken on August 14, 2012 and August 16, 2012.

4.      Attached hereto as Exhibit B is a true and correct copy of the (excerpted) treatise "Faber on Mechanics of Patent Claim Drafting" §§ 2:4, 4:2 (6th ed.), written by Robert C. Faber.

5.      Attached hereto as Exhibit C is a true and correct copy of the Manual of Patent Examining Procedure § 2173.05(e) (July 2010), available at: <http://www.uspto.gov/ web/offices/pac/mpep/documents/ 2100_2173_05_e.htm.>.

I declare under penalty of perjury that the above information is true and correct.

1

Executed on August 21, 2012 in New York, NY.

Stacey L. Cohen
SKADDEN ARPS SLATE MEAGHER & FLOM
LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (917) 777-2622
Stacey.Cohen@skadden.com