UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REALTIME DATA, LLC d/b/a IXO, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:11-cv-6696-KBF |
| ) | 1:11-cv-6701-KBF |
| vs. ) | 1:11-cv-6704-KBF |
| ) | |
| MORGAN STANLEY, ET AL., ) | JURY TRIAL DEMANDED |
| ) | ECF Case |
| Defendants. ) | |

### NOTICE OF JOINDER TO CERTAIN REPLIES TO MOTIONS FOR SUMMARY JUDGMENT

Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., Morgan Stanley, and Morgan Stanley & Co, Incorporated, (collectively, "Defendants") respectfully join the following reply briefs:

1.   Defendants' Reply Memorandum In Further Support of Their Motion for Summary Judgment of Invalidity of the Asserted Claims of the '568 and '651 Patents Under 35 U.S.C. 102(b) filed by the Exchange Defendants in *Realtime Data, LLC v. CME Group, Inc., et al.*, Consolidated Case Nos. 1:11-cv-6697, 1:11-cv-6699, and 1:11-cv-6702 (the "Exchange Case");

2.   NYSE and OPRA's Reply Memorandum in Support of Their Motion for Summary Judgment of Invalidity of Claims 1, 15, 20, 22, and 32 of the '568 Patent filed by the NYSE and OPRA Defendants in the Exchange Case;

1

3. Defendants' Reply Memorandum In Further Support of Their Renewed Motion for Summary Judgment for Failure to Comply with the Written Description Requirement filed by the CME Defendants in the Exchange Case;

4. CME Defendants' Reply Memorandum In Further Support of Their Motion For Summary Judgment of Noninfringement Based on the Lack of Determining a Data Block Type or Field Type filed by the CME Defendants in the Exchange Case;

5. NYSE and OPRA Defendants' Reply Memorandum In Further Support of Their Motion For Summary Judgment of Noninfringement Based on the Absence of Encoding, Data Block (or Field) Type, and Selecting filed by the NYSE and OPRA Defendants in the Exchange Case;

6. NYSE and OPRA Defendants' Reply Memorandum In Further Support of Their Motion For Summary Judgment of Noninfringement: Data Stream, Content Independent Encoding and Lossless filed by the NYSE and OPRA Defendants in the Exchange Case; and

7. Defendants' Reply Memorandum In Further Support of Their Motion for Summary Judgment of Non-infringement: Descriptor Limitation filed by the NYSE and OPRA Defendants in the Exchange Case.

As described in Defendants' joinder to certain noninfringement motions (Case No. 1:11-cv-6696 Dkt. 522), there are common issues on noninfringement between Defendants and the moving parties such that summary judgment of noninfringement in favor of Defendants is warranted. Further, Defendants joined certain motions for summary judgment of invalidity identified above (Case No. 1:11-cv-6696 Dkt. 521). Thus, for the additional reasons presented in the above-referenced memoranda, Defendants respectfully request that the Court grant Summary Judgment in their favor.

Dated: August 21, 2012                    Respectfully submitted,

    /s/ *Daniel A. DeVito*_____
Daniel A. DeVito
Douglas R. Nemec
Stacey Cohen
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
Phone: (212) 735-3000
Fax: (917) 777-3210
Daniel.DeVito@skadden.com
Douglas.Nemec@skadden.com
Stacey.Cohen@skadden.com

Gareth DeWalt
Michael D. Saunders
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA  94301
Phone: (650) 470-4500
Fax: (650) 470-4570
Gareth.Dewalt@skadden.com
Michael.Saunders@skadden.com

***Attorneys for Defendants Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule 5.2 via the Court's CM/ECF system on August 21, 2012, and, as such, was served on all counsel of record.

/s/ *Daniel A. DeVito*
Daniel A. DeVito
