USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 17 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,            :
                                         :     11 Civ. 6696 (KBF)
                        Plaintiff,       :     11 Civ. 6701 (KBF)
                                         :     11 Civ. 6704 (KBF)
            -v-                          :
                                         :
MORGAN STANLEY, et al.,                  :
                                         :
                        Defendants.      :
------------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,            :
                                         :     11 Civ. 6697 (KBF)
                        Plaintiff,       :     11 Civ. 6699 (KBF)
                                         :     11 Civ. 6702 (KBF)
            -v-                          :
                                         :
CME GROUP INC., et al.                   :
                                         :
                        Defendants.      :
------------------------------------------ X
REALTIME DATA, LLC d/b/a IXO,            :
                                         :     11 Civ. 6698 (KBF)
                        Plaintiff,       :     11 Civ. 6700 (KBF)
                                         :     11 Civ. 6703 (KBF)
            -v-                          :
                                         :     ORDER
THOMSON REUTERS, et al.                  :
                                         :
                        Defendants.      :
------------------------------------------ X

KATHERINE B. FORREST, District Judge:

   Given the current procedural posture of this action, and the fact that the parties are currently negotiating final judgments in this action based upon the Court's various recent summary judgment rulings, it is hereby

ORDERED that the final pretrial conference scheduled for October 26, 2012, is ADJOURNED.

SO ORDERED:

Dated:   New York, New York
         October 17, 2012

_____
KATHERINE B. FORREST
United States District Judge